DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CIRILO ALVAREZ-MONCADA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  CIRILO ALVAREZ-MONCADA,  Defendant. | NO. 1:10-cr-0422 OWW  STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER  Date: January 24, 2011  Time: 9:00 a.m.  Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 13, 2010, **may be continued to January 24, 2011 at 9:00 a.m.**

This reason for the continuance is because counsel is seeking additional documentation, investigation and further plea negotiations. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: December 1, 2010                  By:   /s/ *Ian Garriques*
                                         IAN GARRIQUES
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: December 1, 2010                  By:   /s/ *Ann H. Voris*
                                         ANN H. VORIS
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Cirilo Alvarez-Moncada

## O R D E R

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii) and (iv).

IT IS SO ORDERED.

**Dated:   December 2, 2010**            /s/ **Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE